■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE BROWN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Eiber, J.), rendered June 1, 1983, convicting him of criminal sale of a controlled substance in the fifth degree, upon a plea of guilty, and imposing sentence. The appeal brings up for review the denial of defendant's motion to withdraw his guilty plea.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on this appeal. Counsel's application to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT CESARE, Respondent. — Appeal by the People, as limited by their brief, from so much of an order of the County Court, Nassau County (Santagata, J.), dated August 3, 1984, as granted that branch of defendant's motion which sought to vacate a judgment of the same court, rendered September 19, 1980, convicting him of grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Order reversed insofar as appealed from, on the law, defendant's motion to the extent that it was to vacate the judgment of conviction denied, judgment reinstated and the matter is remitted to the County Court, Nassau County, for further proceedings (*see, People v Salvato,* 111 AD2d 773). Weinstein, J. P., Rubin, Lawrence and Kunzeman, JJ., concur.